IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 1:96-cr-00007-MMP

HOBART RAY CLINE, JR.,

    Defendant.
_____/

## **O R D E R**

    This matter is before the Court on Doc. 41, Request for Clarification, filed by Defendant Hobart Cline, Jr.  In the letter, Mr. Cline states that as part of the judgment in his criminal case, he was ordered to pay restitution to Harry Beckworth.  Because Mr. Beckworth is now deceased, Defendant Cline seeks clarification as to whether he is still required to pay the remaining balance of the restitution order.  When a defendant is ordered to pay restitution to a victim, it is immaterial to the obligation to pay whether the victim is deceased.  Under 18 U.S.C. § 3663A(a)(1) a defendant shall "make restitution to the victim of the offense or, if the victim is deceased, to the victim's estate."  Therefore, Defendant has a continuing obligation to make restitution payments.  In this case, if Mr. Beckworth is deceased, then Defendant's restitution payments would be directed to the decedent's estate.

    **DONE AND ORDERED** this  *7th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
